UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| Plaintiff, | : Case No. 3:24-cv-117 |
| v. | : |
| | : Judge Thomas M. Rose |
| CHADDWIC SHAY, *et al.*, | : |
| Defendants. | : |

### ENTRY AND ORDER REGARDING DISMISSAL OF ACTION AS TO DEFENDANTS (DOC. NO. 13)

This matter is before the Court on the Parties' Dismissal of Action as to Defendants ("Notice") (Doc. No. 13). In the Notice, the Parties state, "the Court shall retain jurisdiction solely as to the enforcement of the Settlement Agreement." (*Id*. at PageID 48.)

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any substituted judgment entry. If the Parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to his chambers). The Court will not retain jurisdiction without first reviewing the fully-executed settlement agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, November 14, 2024.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE